IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>                   Plaintiff,<br><br>  v.<br><br>CHICAGO STEAK COMPANY, INC.,<br><br>                   Defendant. | Civil Action No. 1:20-cv-01961<br><br>NOTICE OF SETTLEMENT |

## **NOTICE OF SETTLEMENT**

Plaintiff, Holger Fiallo, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Chicago Steak Company, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within 30 days. The parties respectfully request the Court vacate the status conference set for October 29, 2020.

Dated: October 26, 2020          Respectfully Submitted,

                                              */s/ Benjamin Sweet*
                                              Benjamin J. Sweet
                                              ben@nshmlaw.com
                                              **NYE, STIRLING, HALE & MILLER, LLP**
                                              1145 Bower Hill Road, Suite 104
                                              Pittsburgh, PA 15243

                                              *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 26th day of October, 2020.

                                                     */s/ Benjamin J. Sweet*
                                                      Benjamin J. Sweet