IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>                Plaintiff,<br><br>   v.<br><br>CHICAGO STEAK COMPANY, INC.,<br><br>                Defendant. | Civil Action No. 1:20-cv-01961<br><br>**STIPULATION FOR DISMISSAL** |

## STIPULATION FOR DISMISSAL

Plaintiff, Holger Fiallo, and Defendant, Chicago Steak Company, Inc., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. The parties respectfully request the Court vacate the Status Conference set for December 1, 2020.

Dated: November 30, 2020

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | FISHER & PHILLIPS LLP |
| By:   */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243<br>Phone: (412) 857-5350 | By:   */s/ Scott C. Fanning*<br>Scott C. Fanning, Esq.<br>sfanning@fisherphillips.com<br>10 South Wacker Drive, Ste 3450<br>Chicago, Illinois 60606<br>Phone: (312) 346-8061 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 30th day of November, 2020.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
